NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DEXCOM, INC.,**
*Plaintiff-Appellant*

**v.**

**AGAMATRIX, INC.,**
*Defendant-Appellee*

---

2018-1686

---

Appeal from the United States District Court for the Central District of California in No. 2:16-cv-05947-SJO-AS, Judge James S. Otero.

---

## JUDGMENT

---

SONA DE, Sidley Austin LLP, New York, NY, argued for plaintiff-appellant. Also represented by BRADFORD J. BADKE, CHING-LEE FUKUDA; THOMAS ANTHONY BROUGHAN, III, Washington, DC.

NICHOLAS (NIKA) FREMONT ALDRICH, JR., Schwabe, Williamson & Wyatt, Portland, OR, argued for defendant-appellee. Also represented by SCOTT D. EADS, JASON ADAM WRUBLESKI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and CLEVENGER, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 7, 2019                  /s/ Peter R. Marksteiner
       Date                    Peter R. Marksteiner
                               Clerk of Court